**RECEIVED**

FEB 13 2025

RICHARD W. NAGEL, CLERK OF COURT
COLUMBUS, OHIO

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO**

**2:25 CV 0 1 4 3**

JUDGE MORRISON

GOLDY THOMPSON
_____
(ENTER ABOVE THE NAME OF THE PLAINTIFF IN THIS ACTION)

IF THE PLAINTIFF IS A PRISONER:  PRISONER # A768-288

GOLDY THOMPSON
vs.

OHIO DEPT. of REHAB. & CORR., et al.
_____
(ENTER ABOVE THE NAME OF THE DEFENDANT IN THIS ACTION)

MAGISTRATE JUDGE   JOLSON

IF THERE ARE ADDITIONAL DEFENDANTS PLEASE LIST THEM:

CHILLICOTHE CORR. INST., DIRECTOR A. CHAMBERS-SMITH, WARDEN TIM SHOOP,

INSP. K. MORROW, INSP. C. LAMBERT, INSP. C. FREE, CAPT. RAMIREZ,

LT. D. CANNON, J. CURRIOR, UNIT MNGR. A. IVEY, T. NAPIER, MR. SPAIOL,

MS. COON, MR. GILLION, C/O PATRICK, C/O WILLIAMS, C/O STRAUSBAUGH.

**COMPLAINT**

I.    PARTIES TO THE ACTION:

      PLAINTIFF:    PLACE YOUR NAME AND ADDRESS ON THE LINES BELOW. THE
ADDRESS YOU GIVE MUST BE THE ADDRESS THAT THE COURT MAY
CONTACT YOU AND MAIL DOCUMENTS TO YOU. A TELEPHONE
NUMBER IS REQUIRED.

           Goldy Thompson
           NAME - FULL NAME PLEASE - PRINT

           15802 St Rt 104 N, P.O. Box 5500, Chillicothe, Ohio 45601
           ADDRESS: STREET, CITY, STATE AND ZIP CODE

           (567) 686-3648 (Ms. Thompson)
           TELEPHONE NUMBER

IF THERE ARE ADDITIONAL PLAINTIFFS IN THIS SUIT, A SEPARATE PIECE OF PAPER
SHOULD BE ATTACHED IMMEDIATELY BEHIND THIS PAGE WITH THEIR FULL NAMES,
ADDRESSES AND TELEPHONE NUMBERS. IF NO ADDITIONAL PLAINTIFFS EXIST CONTINUE
WITH THIS FORM.

PAGE 2 AND 3 OF THIS FORM DEAL ONLY WITH A PLAINTIFF THAT IS INCARCERATED
AT THE TIME OF FILING THIS COMPLAINT.

IF YOU ARE A PRISONER FILING A CIVIL SUIT THE FOLLOWING INFORMATION IS REQUIRED:

PREVIOUS LAWSUITS:

    A.    HAVE YOU BEGUN OTHER LAWSUITS IN STATE OR FEDERAL COURT DEALING WITH THE SAME FACTS INVOLVED IN THIS ACTION OR OTHERWISE RELATING TO YOUR IMPRISONMENT? YES ( ) NO (X)

    B.    IF YOUR ANSWER TO A IS YES, DESCRIBE THE LAWSUIT IN THE SPACE BELOW. (IF THERE IS MORE THAN ONE LAWSUIT, DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THE SAME OUTLINE.)

        1.    PARTIES TO THIS PREVIOUS LAWSUIT

            PLAINTIFFS:

            N/A

            DEFENDANTS:

            N/A

        2.    COURT (IF FEDERAL COURT, NAME THE DISTRICT: IF STATE COURT , NAME THE COUNTY)

            N/A

        3.    DOCKET NUMBER

            N/A

        4.    NAME OF THE JUDGE TO WHOM THE CASE WAS ASSIGNED

            N/A

        5.    DISPOSITION (FOR EXAMPLE, WAS THE CASE DISMISSED? WAS IT APPEALED? IS IT STILL PENDING?)

            N/A

        6.    APPROXIMATE DATE OF THE FILING OF THE LAWSUIT

            N/A

        7.    APPROXIMATE DATE OF THE DISPOSITION

            N/A

PLACE OF PRESENT CONFINEMENT

Chillicothe Correctional Institution

A. IS THERE A PRISONER GRIEVANCE PROCEDURE IN THIS INSTITUTION?
YES (X) NO ( )

B. DID YOU PRESENT THE FACTS RELATING TO YOUR COMPLAINT IN THIS STATE
PRISONER GRIEVANCE PROCEDURE? YES (X) NO ( )

C. IF YOUR ANSWER IS YES:

1. WHAT STEPS DID YOU TAKE?

I filed several Informal Complaints of which five resulted in
grievances, then appeals, then appealed to Central Office.

2. WHAT WAS THE RESULT?

Each answer was left either denied, and/or insufficient
action on the part of the institution and Department of
Rehabilitation and Corrections.

D. IF YOUR ANSWER IS NO, EXPLAIN WHY NOT.

N/A

E. IF THERE IS NO PRISON GRIEVANCE PROCEDURE IN THIS INSTITUTION, DID
YOU COMPLAIN TO PRISON AUTHORITIES? YES ( ) NO ( )   N/A

F. IF YOUR ANSWER IS YES:

1. WHAT STEPS DID YOU TAKE?

N/A

2. WHAT WAS THE RESULT?

N/A

DEFENDANTS:

PLACE THE NAME AND ADDRESS OF EACH DEFENDANT YOU LISTED IN THE CAPTION ON THE FIRST PAGE OF THIS COMPLAINT. THIS FORM IS INVALID UNLESS EACH DEFENDANT APPEARS WITH FULL ADDRESS FOR PROPER SERVICE.

1. OHIO DEPT. of REHAB. & CORR.
NAMES - FULL NAME PLEASE
4545 Fisher Road, Columbus, Ohio 43228
ADDRESS - STREET, CITY, STATE AND ZIP CODE

2. CHILLICOTHE CORR. INST.
15802 St Rt 104 N, Chillicothe, Ohio 45601

3. DIRECTOR A. CHAMBERS-SMITH
4545 Fisher Road, Columbus, Ohio 43228

4. WARDEN TIM SHOOP
15802 St Rt 104 N, Chillicothe, Ohio 45601

5. INSP. K. MORROW
4545 Fisher Road, Columbus, Ohio 43228

6. INSP. C. LAMBERT
4545 Fisher Road, Columbus, Ohio 43228

IF THERE ARE ADDITIONAL DEFENDANTS, PLEASE CONTINUE LISTING THEM.

7. INSP. C. FREE
15802 St Rt 104 N, Chillicothe, Ohio 45601

8. CAPT. RAMIREZ
15802 St Rt 104 N., Chillicothe, Ohio 45601

9. LT. D. CANNON
15802 St Rt 104 N, Chillicothe, Ohio 45601

10. J. CURRIOR
15802 St Rt 104 N, Chillicothe, Ohio 45601

11. UNIT MNGR. A. IVEY
15802 St Rt 104 N, Chillicothe, Ohio 45601

12.  T. NAPIER

   15802 St Rt 104 N, Chillicothe, Ohio 45601

13   MR. SPAIOL

   15802 St Rt 104 N, Chillicothe, Ohio 45601

14.  MS. COON

   15802 St Rt 104 N, Chillicothe, Ohio 45601

15.  MR. GILLION

   15802 St Rt 104 N, Chillicothe, Ohio 45601

16.  C/O PARTRICK

   15802 St Rt 104 N, Chillicothe, Ohio 45601

17.  C/O WILLIAMS

   15802 St Rt 104 N, Chillicothe, Ohio 45601

18.  C/O STRAUSBAUGH

   15802 St Rt 104 N, Chillicothe, Ohio 45601

## STATEMENT OF CLAIM

PLEASE WRITE AS BRIEFLY AS POSSIBLE THE FACTS OF YOUR CASE. DESCRIBE HOW EACH DEFENDANT IS INVOLVED. INCLUDE THE NAME OF ALL PERSONS INVOLVED. GIVE DATES AND PLACES.

DO NOT GIVE ANY LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES.

IF YOU HAVE A NUMBER OF DIFFERENT CLAIMS; PLEASE NUMBER AND SET FORTH EACH CLAIM IN A SEPARATE PARAGRAPH. USE AS MUCH SPACE AS YOU NEED. YOU ARE NOT LIMITED TO THE PAPERS WE GIVE YOU. ATTACH EXTRA SHEETS THAT DEAL WITH YOUR STATEMENT CLAIM IMMEDIATELY BEHIND THIS PIECE OF PAPER.

See attached.

1.  My first, Fifth, Sixth, Eighth, and Fourteenth Amendment rights have been violated by the following:

2.  The Ohio Department of Rehabilitation and Corrections (ODRC), and Chillicothe Correctional Institution (CCI), have instituted policies, including Administrative Rules 75-MAL-01; 75-MAL-03; and Administrative Code 5120-9-17, each in themselves and in connection with practices and procedures, acted to violate my right to (1) be free from mail censorship, by (2) opening my inmate mail in an 'arbitrary' or 'capracious' fashion, and (3) violated my access to the courts;

3.  The staff acted under color of law in their official capacities, and acted in their individual capacities, by arbitrarily and capraciously opening two pieces of my legal mail outside of my presence, and further violated my rights by making copies of these pieces of legal mail then delivering through the regular mail process, resulting in yet another violation when one of them was delivered to another inmate, and even further violated my rights by their retaliation against me for asserting my rights through the prison's grievance procedures, by the following events that caused injury to me:

4.  On 09/28/24, the first incident occurred, where I received my legal mail from Inmate-Chaney (A829-355, 265T), because the mail was delivered to his rack as regular mail (copied) by C/O Williams;

5.  On 10/16/24, the second incident occurred, where I received more legal mail today similar to 09/28/24, it was also opened outside of my presence and copied and delivered by regular mail like the other, and delivered by C/O Williams;

6.  On 10/16/24 @ 19:19, I filed Informal Complaint Request (ICR) (# 495 734 661), asserting constitutional violations of my legal mail delivery;

7.  On 10/16/24 @ 23:02, I filed a second ICR (# 495 793 411), asserting constitutional violations of my legal mail delivery;

8.  On 10/27/24 @ 13:15, I filed a grievance (# 498 783 841), complaining of not having received an answer to the two priorly filed ICRs, [as they were beyond when they should have been answered];

9.  On 10/27/24 @ 14:27, I filed another grievance (# 498 802 311), because I spoke with Deputy Warden and he took a picture of my legal mail and asked me to give him till Wednesday to look into the matter, but I still had not received response to grievances [IACs at the time] from 10/16/24 of the constitutional issues;

-5(b)-

10. On 10/28/24 @ 07:43, Lt. D. Cannon responded to first IAC (# 495 734 661), and said, "I have addressed this issue with the mailroom staff to assure that this does not happen again";

11. On 10/28/24 @ 08:32, C. Lambert denied grievance (# 498 802 311), due to failure to establish that Warden violated the law;

12. On 10/28/24 @ 08:34, C. Lambert denied grievance (# 498 783 841), due to failure to establish that Inspector violated the law;

13. On 10/28/24 @ 20:41, I escalated first IAC to a grievance (# 495 734 661), complaining of the failed procedure of 5120-9-17 in handling of legal mail;

14. On 10/29/24 @ 09:21, Inspector Free investigated grievance (# 495 734 661), and citing 75-MAL-01 and 75-MAL-03, he then denied grievance;

15. On 10/29/24 @ 13:26, I appealed grievance (# 495 734 661) to the Chief Inspector, as my complaint and issues [of constitutional proportion] remain unanswered/not addressed;

16. On 10/29/24 @ 14:13, Lt. D. Cannon responded to second ICR (# 495 793 411), explaining if mail did not receive a control number then it would not be treated as legal mail. It would have been copied and delivered as normal;

17. On 10/30/24 @ 08:18, I escalated second ICR to a grievance (# 495 793 411), complaining of problem with [their] not following AR 5120-9-17, which clearly states "NO LEGAL MAIL WILL BE OPEN WITHOUT THE PRESENCE OF SAID RECIPIENT," and my issues remain unanswered/not addressed;

18. On 10/30/24 @ 09:52, Inspector Free marked grievance (# 495 793 411) as a duplicate of grievance (# 495 734 661), and saying, "wait for the response on your already filed appeal to the Chief Inspector's office and refrain from filing duplicate complaints." [(Although it was a seperate incident and a seperate complaint)];

19. On 10/30/24 @ 09:52, grievance (# 495 734 661) logged grievance (# 495 793 411) as a duplicate;

20. On 10/31/24 @ 15:19, Assistant Chief Inspector K. Morrow Affirmed Inspector Free's finding on first complaint/grievance (# 495 734 661), and explained no further action would be taken by their office in relation to this complaint;

21. On 11/12/24 @ 08:34, I filed a third ICR (# 503 482 141), because @ 03:30 [AM] office[r] Patrick woke me up and state[d] I am on the w[a]ke up list. I state that I no longer work in the kitchen. He responded very disrespectfully by stating "you is on the mufuckin list, get you ass up." I again tried to

-5(c)-

state I'm not on the list, He then stated "I woke your mufuckin ass up so you on the list." C/O Patrick did violate ODRC policy under the standard of employees conduct 31-SEM-02 by making such an inappropriate statement. Would someone remind officer Patrick this conduct is beneath him once he agreed to behave accordingly to said policy he sign[ed] upon his employment with ODRC... I fear for retaliation;

22. On 11/16/24 @ 18:40, J. Currier replied that they would address my issues with the officer [Patrick] and council him on proper behavior. And, closed the complaint (# 503 482 141);

23. On 11/18/24 @ 13:34, I escalated ICR (# 503 482 141) to a grievance, as I feel more than a verbal reprimand is require[d] to prevent this behavior from reoccurring. I fear for retaliation. Issue unanswered/not addressed;

24. On 11/19/24 @ 18:09, I filed grievance (# 505 890 801) against Inspector Free, because when he investigated grievance (# 503 482 141) against C/O Patrick, Free made the sarcastic statement "What you want me to do fire him[?]", as if it was a non-serious matter. I feel Inspector Free didn't demonstrate a professional behavior to address this matter. He is in violation of employee conduct rule 31-SEM-02-7-12(a)-18-27-42-44-50. I feel Inspector Free should be reprimand[ed] for unprofessional behavior to address this matter. I fear for retaliation;

25. On 11/19/24 @ 18:34, Inspector Free investigated ICR (# 503 482 141), then granted grievance, and stated problem corrected;

26. On 11/19/24 @ 18:40, Inspector Free investigated ICR (# 503 482 141), and stated all issues have been addressed;

27. On 11/19/24 @ 20:54, I filed a grievance (# 505 948 561), because [as] I was walking in from the commissary [Officer Strausbaugh] asked what did I have in my shirt. I reply commissary. He stated I will be up there. He came and 'shook me down' [a search of my property], and stated "this is not a retaliation." I feel this was retaliation from a complaint on his fell[ow] officer C/O Patrick, because the past 30 [shakedowns] I observed first shift officer Strabron confiscated the same contraband from several inmates and showed favoritism by not writing a conduct report. He violated 31-SEM-02 standard of employee conduct rule 7-45-(a), and I feel he should be reprimand[ed]. I fear for retaliation;

28. On 11/21/24 @ 11:26, C. Lambert denied grievance (# 505 890 801), as he finds the requirement to show Inspector violated was not met;

-5(d)-

29. On 11/25/24 @ 11:34, I filed ICR (# 507 523 181), because I was woke up around 08:40 by Ms. Ivory [Ivey], and asked to come see her in her office. I came and had a[n] interview with Ms. [Ivey]. She ask[ed] me about the grievance (# 505 948 561) I filed on [Strausbaugh] ~~Strobine~~. And, then she asked question about if I'm from up North, or do I have family up North. I responded what do that have to do with this grievance [# 505 948 561] I'm here for? She reply, "I'm just trying to help you understand how this work down here." I feel she violated the rule 31-SEM-02-7-12(B)-13-18-42-44-50 standard of employee conduct, because where I'm from or how much time I have here is not what interview should[] have been about. I feel she should be reprimand[ed]. I fear for retaliation;

30. On 11/25/24 @ 12:08, I appealed grievance (# 503 482 141) to the Chief Inspector, regarding Inspector Free's investigation, where Free made sarcastic statement "what you want me to do fire him[?]", as if it was a non-serious matter. I feel that Inspector Free didn't demonstrate a professional behavior to address this matter. He is in violation of employees conduct rule 31-SEM-02-7-12(a)-18-27-42-44-50. I feel Inspector Free should be reprimand[ed] for unprofessional behavior to address this matter. I fear for retaliation. Issue unanswered/not addressed;

31. On 11/26/24 @ 15:56, D. Pettiford responded to ICR (# 505 948 561), "You was called to the Captain's office to discuss this grievance and you stated that prior to Sgt. Jensen hearing your conduct report you had filed this. When the conduct report was heard, Sgt. Jensen had determined you to be not guilty. You also mentioned that you had talked to UM Ms. Ivey about this concern and that it was discussed and taken care of. After this I then asked you if there was any other issues and you stated no. At which time I then said that you could return to your unit.";

32. On 11/27/24 @ 11:33, C. Lambert Affirmed grievance (# 503 482 141), then closed grievance;

33. On 12/05/24 @ 09:13, C. Free denied grievance (# 507 523 181), after an investigation he did not believe this incident rises to the level to be considered for inappropriate supervision. And, this office will take no further action concerning this matter;

34. On 12/05/24 @ 19:49, I escalated grievance (# 507 523 181), because I believe Mr. Free ruling was b[]ased on a bias culture here at CCI. Ms. Ivey's comments is a derogatory statement that [is] commonly used  among staff here

-5(e)-

in CCI. I fear for retaliation. Issue unanswered/not addressed;

35. On 12/06/24 @ 15:37, K. Morrow Affirmed Grievance (# 507 523 181), then closed grievance;

36. On 12/18/24 @ 14:44, I filed ICR (# 514 737 951), because today I went to speak with Mr. []napier case manager about paper[work] that Mr. Free stated he send to staff. He [Mr. Napier] stated what can I do for you 'bub,' and I stated that it's a derogatory statement [bub]. He asked me what [does] it mean it is a derogatory statement[?] [I explained], the staff commonly use that term ['bub'] frequently when addressing inmate[s]. I have addressed this issue with Ms. Ivey, who apologiz[d] after confirming that the term is a derogatory statement. I don't understand how so many professional staff member[s] are so [accepting] to commonly using the derogatory term 'bub,' which stand[s] for 'black ugly bitch.' Will you correct your staff by acknowledging that this is a fact and stop using this derogatory term. I feel Mr. Napier Case Manager violated standard of employee conduct rule 31-SEM-02-7-12(B)-13-18-42-44-50, and I feel he should be reprimand[ed]. I fear for retaliation;

37. On 12/18/24, Mr. Napier wrote me a ticket for disrespecting him and lieing;

38. On 12/19/24, I was sent to the hole for the ticket from Mr. Napier;

39. On 12/24/24 @ 14:54, A. Ivey responded to ICR (# 514 737 951), saying this has been addressed with unit staff. And, closed the complaint;

40. On 12/25/24 @ 13:12, I escalated ICR to grievance (# 514 737 951), because on 12/24/24 @ 09:08 Mr. Free responded to me, "I will forward to your unit staff." the copies I requested for 5644,5554, and 5570. Now I'm being punished because Mr. Napier stated I lied about what Mr. Free stated to me. I stated to Ms. Ivey that I'm being retaliated against and [she] stated that I'm using that word ['retaliated'] a little to[o] much. Now look w[h]ere I'm at, for being accused of lie and disrespecting to the case manager Mr. Napier. This is cruel and unusual punishment that I have to be in the [hole] [while] I have proof that I'm being retaliated against, for Mr. Napier, Mr. Free, and Ms. Ivey, conspiracy to cover a lie [their lie] and disrespect conduct [their disrespect of accusing me of the same] report. I feel [they] violated the AR and 31-SEM-02-7-12(a)-(b)-13-18-42-44-50- and should be reprimand[ed]. I fear for further retaliation. Issue unanswered/not addressed;

41. On 12/26/24 @ 13:32, C. Free denied grievance (#514 737 951), because he felt there was insufficient evidence to support claim;

42. On 12/27/24 @ 18:43, I appealed grievance (# 514 737 951) to the Chief Inspector, because I showed proof that I did not lie on Inspector Free about the kite he sent me stating, "I will forward them to your unit staff." (sent to me 12/6/24 @ 09:08 [and regarding] request copies of grievances 5644, 5554, and 5570). Why I'm in the [hole] for accusing Mr. Free of making a statement that he would send the copies to the unit staff. Here it is that Mr. Napier stated I lie and disrespected him because I asked him not to address me with a derogatory term [like] 'bud,' 'bub,' 'boy,' 'nigger,' 'coon,' 'monkey,' and all the other derogatory term[s] that degrade Afican American[s]. This here is cruel and unusual punishment. Inspector Free did the investigation [but] didn't correct Mr. Napier['s] accusation about me lie on the inspector stat[ing] what he sent me. I feel that Napier, Ivey, and Free should be reprimand[ed], they violated 31-SEM-02-7-12-(a)(b)-13-18-42-44-50. I fear for further retaliation;

43. On 01/03/25 @ 09:33, K. Morrow modified disposition of decision by Inspector Free, and instructed inspector to author a supplemental disposition within 14 days, for grievance (# 514 737 951);

44. On 01/03/25, I was released from the hole;

45. On 01/06/25 @ 11:53, C. Free responded to grievance (# 514 737 951) modification, "a cursory review of this incident did shows a kite was issue asking you to report to the unit staff office. The UMC will ask staff to have this conduct report removed from your record.";

46. On 01/06/25 @ 13:51, K. Morrow responded to grievance (# 514 737 951), "No further action will be taken regarding supplemental disposition of grievance," and closed the grievance;

47. The Mailroom-Processors (who are responsible for sorting mail, and either copying and sending to units, or sending legal mail to mailroom for inmates to sign and pickup), including Mr. Spaiol, Ms. Coon, and Mr. Gillion, took my clearly marked 'legal mail,' copied it against policy then sent it to my unit where the unit C/Os delivered as described in paragraphs 1 through 5 above;

48. The Director A. Chambers-Smith, Warden Tim Shoop, and Captain Ramirez, failed to maintain appropriate supervision over those employees tasked with handling my legal mail, including Mail-Processors Mr. Spaiol, Ms. Coon, and Mr. Gillion, and C/Os Patrick, and Williams;

-5(g)-

49. The Director A. Chambers-Smith, Warden Tim Shoop, and Captain Ramirez, have failed to maintain appropriate supervision over those employees tasked with hadling of my grievances, including Insp. K. Morrow, Insp. C. Lambert, Insp. C. Free, Lt. D. Cannon, J. Currior, Unit Mngr. A. Ivey; in addition to failing to maintain appropriate supervision of those employees who directly violated my constitutional rights, including Insp. K. Morrow, Insp. C. Lambert, Insp. C. Free, Lt. D. Cannon, J. Currior, Unit Mngr. A. Ivey, T. Napier, Mr. Spaiol, Ms. Coon, Mr. Gillion, C/O Patrick, C/O Williams, and C/O Strausbaugh;

50. Each Defendant, either directly or indirectly - by implicit approval in upholding policies and/or procedures which violate Constitutional rights, and in retaliation for Plaintiff's asserting his rights (1) to be free from legal mail censorship, (2) opening legal mail and copying it in an 'arbitrary' or 'capracious' fashion, and (3) violated my right of access to the courts, and (4) right to confidentiality of a legal case that has not become public information, has by 'color of law,' violated my constitutional rights;

51. Each Defendant, either directly or indirectly - by implicit approval in going beyond policies and/or procedures, acted in individual capacities to violate my constitutional rights (1) to be free from legal mail censorship, (2) opening legal mail and copying it in an 'arbitrary' or 'capracious' fashion, (3) violated my right of access to the courts, (4) right to confidentiality of a legal case that has not become public information, and (5) retaliated against me for asserting my Constitutional rights.

## RELIEF

IN THIS SECTION PLEASE STATE (WRITE) BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT, CITE NO CASES OR STATUTES.

(1) Injunctive relief instructing the prison to handle my legal mail properly, by opening in my presence;

(2) Compensatory damages of $3,000,000.00, and punative damages of $3,000,000.00, for each instance of mail being opened in official capacities, twice so far;

(3) Compensatory damages of $3,000,000.00, and punative damages of $3,000,000.00, for each instance of mail being opened in individual capacities, twice so far;

(4) Compensatory damages of $3,000,000.00, and punative damages of $3,000,000.00, for the retaliation of my exercising my rights by those acting in official capacities;

(5) Compensatory damages of $3,000,000.00, and punative damages of $3,000,000.00, for the retaliation of my exercising my rights by those acting in individual capacities;

For a total compensatory and punative damages of $36,000,000.00 combined.

SIGNED THIS ___1___ DAY OF ___31___ 20_25_.

_Dolan Thompson_
SIGNATURE OF PLAINTIFF

STATE OF OHIO        )
                                 )    SS:
COUNTY OF         )

## AFFIDAVIT

The undersigned, _Dustin W. Chaney_, a citizen of the United States of America and Affiant herein, after being duly sworn on my oath as required by law, do hereby depose and aver the following:

On october 16th, 2024 Wednesday, Mr. Thompson's (168 288) legal mail was delivered to my bunk.

**AFFIANT FURTHER SAYETH NAUGHT.**

_Affiant_

**NOTARY PUBLIC**

Sworn to and subscribed in my presence this _3rd_ day of _December_, 20_24_.

Notary Public
My Commission Expires _10/30/29_

SOPHIA M CLARK
Notary Public, State of Ohio
My Commission Expires
June 30, 2029

Office of the Clerk
United States District Court
114 U.S. Courthouse
1716 Spielbusch Avenue
0 West Superior Avenue
oledo, Ohio 43604-5385

OFFICIAL BUSINESS

Mercedex MI 480 ZIP 202
SAT 17 AUG 2024 PM

209-T

**Goldy Thompson**
#768-288
Chillicothe Correctional Institution
P.O. Box 5500
15802 State Route 104 North
Chillicothe, OH 45601

2169 T

METROPLEX ME 480

28 SEP 2024 PM 5 L

Office of the Clerk
United States District Court
114 U.S. Courthouse
1716 Spielbusch Avenue
TOLEDO, OHIO 43604-5385

OFFICIAL BUSINESS

Cody Thompson
#768-288
Chillicothe Correctional Institution
P.O. Box 5500
15802 State Route 104 North
Chillicothe, OH 45601

The following document(s) are

2691

Office of the Clerk
United States District Court
114 U.S. Courthouse
1716 Spielbusch Avenue
TOLEDO, OHIO 43604-5385

OFFICIAL BUSINESS

**Goldy Thompson**
#768-288
Chillicothe Correctional Institution
P.O. Box 5500
15802 State Route 104 North
Chillicothe, OH 45601

Other Documents
3:24-cv-01400-JGC Thompson v.
Broadus et al

Cat11,Clay,NM,PSLC NM

## U.S. District Court

## NORTHERN DISTRICT OF OHIO

**Notice of Electronic Filing**

The following transaction was entered on 9/27/2024 at 2:35 PM EDT and filed on 9/27/2024
**Case Name:** Thompson v. Broadus et al
**Case Number:** 3:24-cv-01400-JGC
**Filer:** Goldy Thompson
**Document Number:** 5

**Docket Text:**
Supplement Civil Cover Sheet Page 2 filed by Goldy Thompson. Related document(s)[4]. (Attachments: # (1) Envelope)(S,DM)


**3:24-cv-01400-JGC Notice has been electronically mailed to:**


**3:24-cv-01400-JGC Notice has been delivered by other means to:**

Goldy Thompson
#768-288
Chillicothe Correctional Institution
P.O. Box 5500
15802 State Route 104 North
Chillicothe, OH 45601

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP OHNDStamp_ID=875560366 [Date=9/27/2024] [FileNumber=11579597-0]
[7bc7c104fcb6f54d07ffbe1e36ff0d395da032228c6507daf1d6973d49acfcb21f73
ba3068a70b1c5f8fbbc54b8b204cf5a584b21989080508b8c0c34762f7a2]]
**Document description:** Envelope
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP OHNDStamp_ID=875560366 [Date=9/27/2024] [FileNumber=11579597-1]
[25223c4f82b58b17edd7a434bafd4d4c27803afcccc5e0f746599cf71afe6c7689ae
95001cc016e9006ee70596c4e1bda120e5516cca59f513e221dbc0ad3007]]

MARK C. GEUDTNER

Attorney at Law
610 Adams Street
Second Floor
Toledo, Ohio 43604-1423

LEGAL MAIL – OPEN IN
PRESENCE OF INMATE
ADDRESSEE

METROPLEX MI 480

10 OCT 2024 PM 9 L

USPS is

If you choose
please mail

Goldy Thompson
#768-288
CCI P.O. Box 5500
Chillicothe, OH 45601-0990

45601-099000

MARK C. GEUDTNER
ATTORNEY AT LAW
610 ADAMS STREET
SECOND FLOOR
TOLEDO, OHIO 43604-1423
(419)241-5506
Fax:(419)242-3442


October 9, 2024


Goldy Thompson
#768-288
CCI P.O. Box 5500
Chillicothe, OH 45601-0990


Dear Goldy:

I am in receipt of your letter postmarked September 10, 2024. I do hope you are doing well under the circumstances!

Please understand that I do not have ANY documents or records relating to your Case No. CR19-2316. My representation of you ended when you were sentenced by Judge Gonzalez on November 21, 2019. After that an appellate attorney was appointed to pursue an appeal on your behalf. My understanding is that your appeal was unsuccessful.

You should understand that your case docket sheet is available online at the Lucas County Common Pleas Clerk's website. From there you can download the Indictment and all other documents that were filed with the court in connection with your case. If you do not have access to the internet, any friend or member of your family with internet access can access and print all your case documents.

I am not in a position to undertake any legal services on your behalf. At 72 years of age I am winding down my law practice and am looking forward to retirement.

Best of luck to you!

Mark

# Grievance #495734661

**Profile Photo:**



**Audit Photo:**

### Inmate Info

**Name:** GOLDY THOMPSON (1977-03-28)
**Booking #:** A768288
**Nationality:**
**Submitted Date:** 10/16/24 19:19
**Submitted Room:** CCI,F,F2,269,T/UNIT-F2
**Submitted Facility:** ODRC Chillicothe CI
**Current Room:** CCI,D,D1,141,T/UNIT-D1
**Current Facility:** ODRC Chillicothe CI
**MAC ID:** C0:F5:35:6D:6D:9E
**Device ID:** C0F5356D6D9E

### Form Info

**Category:** Mail / Package
**Form:** Handling of legal mail

### Grievance Info

**Grievance ID #:** CCI000000005238
**Status:** CLOSED **by** Morrow K.
**Duplicated By:** 495793411
**Facility Deadline:** 11/28/24 23:59
**Grievance Level:** Appeal
**Inmate can reply:** No
**Disposition @ ICR:**
**Disposition @ Grievance:** Denied - No violation of rule/policy/law

**Summary:**

Legal mail

**Details:**

**Please state the nature of your Informal Complaint Request (ICR). Be specific.:**
I'm required to have my legal mail opened in front of me. I received my legal mail from a inmate
Chaney 829355 \264 t. The legal mail was delivered on September/28/2014 . MY constitution right
have being violated, and I'm looking to move forward on this issue. Their have been two time this had
happened .

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 12/02/24 18:55 | GOLDY THOMPSON | Viewed Staff Response | |
| 11/27/24 10:27 | GOLDY THOMPSON | Viewed Staff Response | |
| 11/27/24 10:12 | GOLDY THOMPSON | Viewed Staff Response | |
| 11/19/24 09:14 | GOLDY THOMPSON | Viewed Staff Response | |
| 11/15/24 09:45 | GOLDY THOMPSON | Viewed Staff Response | |
| 11/04/24 14:48 | GOLDY THOMPSON | Viewed Staff Response | |
| 11/04/24 14:46 | GOLDY THOMPSON | Viewed Staff Response | |

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 11/02/24 20:30 | GOLDY THOMPSON | Viewed Staff Response | |
| 11/02/24 20:30 | GOLDY THOMPSON | Viewed Staff Response | |
| 11/02/24 20:27 | GOLDY THOMPSON | Viewed Staff Response | |
| 11/02/24 20:27 | GOLDY THOMPSON | Viewed Staff Response | |
| 11/01/24 15:19 | GOLDY THOMPSON | Viewed Staff Response | |
| 11/01/24 15:14 | GOLDY THOMPSON | Viewed Staff Response | |
| 11/01/24 14:42 | GOLDY THOMPSON | Viewed Staff Response | |
| 11/01/24 09:37 | GOLDY THOMPSON | Viewed Staff Response | |
| 10/31/24 15:19 | Morrow K. | Changed Status | From 'Open' to 'Closed' |
| 10/31/24 15:19 | Morrow K. | Unknown log | Added Level3 Name for Previous for Dispositions with value 'Appeal' |
| 10/31/24 15:19 | Morrow K. | Unknown log | Added Level3 for Previous for Dispositions with value 'Affirmed' |
| 10/31/24 15:19 | Morrow K. | Changed Disposition | Changed Disposition for level Appeal with value '' to 'Affirmed' |
| **10/31/24 15:19** | **Morrow K.** | **Staff Response** | **The Office of the Chief Inspector is in receipt of your Appeal to the Chief Inspector. A thorough review of your appeal has been completed which included the following factors: • Procedural requirements met. • Proper investigation of your grievance was conducted. • Applicable policies, administrative rules, directives and ODRC operating manuals utilized. • Information presented in your appeal. • Additional or refuting Information presented in your appeal. Based on the aforementioned review, the decision rendered by the Inspector is hereby AFFIRMED. The Inspector investigated your complaint which did not yield substantial evidence to indicate a violation of policy, rule, or law. No further action will be taken by this office in relation to this complaint. K. Morrow, Asst. Chief Inspector** |
| 10/30/24 09:52 | Free C. | Duplicate | Marked Grievance/Request #495793411 as a duplicate of this entry |
| 10/30/24 08:19 | GOLDY THOMPSON | Viewed Staff Response | |
| 10/29/24 19:57 | GOLDY THOMPSON | Viewed Staff Response | |
| 10/29/24 13:45 | GOLDY THOMPSON | Viewed Staff Response | |
| 10/29/24 13:43 | GOLDY THOMPSON | Viewed Staff Response | |
| 10/29/24 13:41 | GOLDY THOMPSON | Viewed Staff Response | |
| **10/29/24 13:26** | **GOLDY THOMPSON** | **Escalated** | **THOMPSON, GOLDY has escalated the grievance on 10/29/2024 13:26 –05:00 Response: Inspector Free hasn't give me reassures to the satisfaction that something so critical won't occur again. His statement that " there no violation of any rule, policy, or law" is incorrect. The A. C..R. 5120-9-17 states clearly that " NO LEGAL MAIL WILL BE OPEN WITHOUT THE PRESENCE OF SAID RECIPIENT". The institutions mail room didn't follow this procedure. I have clear evidence that the documents in question were not handle in accordance to the policy. I showed inspector Free and he seems to think otherwise. Something needs to be done to assure me this will not occur to me or any other fellow inmate. Reason: Issue was unanswered/not addressed** |

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 10/29/24 13:26 | | Changed Status | From Closed to Open due to Appeal |
| 10/29/24 13:26 | | Changed Level | Level changed from Grievance to Appeal due to Appeal |
| 10/29/24 12:57 | GOLDY THOMPSON | Viewed Staff Response | |
| 10/29/24 10:53 | GOLDY THOMPSON | Viewed Staff Response | |
| 10/29/24 09:21 | Free C. | Changed Status | From 'Open' to 'Closed' |
| 10/29/24 09:21 | Free C. | Unknown log | Added Level2 Name for Previous for Dispositions with value 'Grievance' |
| 10/29/24 09:21 | Free C. | Unknown log | Added Level2 for Previous for Dispositions with value 'Denied - No violation of rule/policy/law' |
| 10/29/24 09:21 | Free C. | Changed Disposition | Changed Disposition for level Grievance with value '' to 'Denied - No violation of rule/policy/law' |
| **10/29/24 09:21** | **Free C.** | **Staff Response** | **You believe your mail from the courts should have been treated as legal mail. To investigate your grievance, I interviewed Lt. Cannon and the grievant. I also reviewed 75-MAL-01, 75-MAL-03 and reviewed your mail from the courts. Lt. Cannon and mailroom staff assured me all mail is being processed in accordance with ODRC policy and Administrative Rules. After observing mail being processed, I found no violation of 75-MAL-01 or 75-MAL-03. All Legal mail is being processed in accordance with policy. I reviewed your mail from the courts and there were no control numbers on this mail. It was appropriately copied and sent in with regular mail. You can contact the court and ask them to seek a control number for your future mail. CCI will continue to treat mail without a control number as regular mail in accordance with policy. There is no violation of any rule, policy, or law. Your grievance has been denied. This office will take no further action concerning this matter.** |
| 10/29/24 09:09 | GOLDY THOMPSON | Viewed Staff Response | |
| 10/29/24 09:08 | GOLDY THOMPSON | Viewed Staff Response | |
| 10/29/24 08:56 | GOLDY THOMPSON | Viewed Staff Response | |
| 10/29/24 08:30 | Free C. | Document added | Document DOC102924-10292024082457.pdf was added. Shared with Inmate: No |
| 10/28/24 20:49 | GOLDY THOMPSON | Viewed Staff Response | |
| **10/28/24 20:41** | **GOLDY THOMPSON** | **Escalated** | **THOMPSON, GOLDY has escalated the grievance on 10/28/2024 20:41 -05:00 Response: I receive the response from Inspector Free in regard to the failed procedure of the A.C.R. 5120-9-17 handling of my legal mail. I'm not convinced this issue will not occur again. I need more assurance that it won't happen again, and there needs to be a consequence for such a serious error...... Reason: Issue was granted with no follow up action taken** |
| 10/28/24 20:41 | | Changed Status | From Closed to Open due to Appeal |
| 10/28/24 20:41 | | Changed Level | Level changed from ICR to Grievance due to Appeal |
| 10/28/24 20:27 | GOLDY THOMPSON | Viewed Staff Response | |
| 10/28/24 20:26 | GOLDY THOMPSON | Viewed Staff Response | |
| 10/28/24 20:21 | GOLDY THOMPSON | Viewed Staff Response | |
| 10/28/24 20:21 | GOLDY THOMPSON | Viewed Staff Response | |

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 10/28/24 17:43 | GOLDY THOMPSON | Viewed Staff Response | |
| 10/28/24 14:45 | GOLDY THOMPSON | Viewed Staff Response | |
| 10/28/24 13:17 | GOLDY THOMPSON | Viewed Staff Response | |
| **10/28/24 07:43** | **Cannon, D.** | **Staff Response** | **I have addressed this issue with the mailroom staff to assure that this does not happen again.** |
| 10/28/24 07:43 | Cannon, D. | Changed Status | From 'Open' to 'Closed' |
| 10/25/24 17:45 | GOLDY THOMPSON | Viewed Staff Response | |
| 10/25/24 17:45 | GOLDY THOMPSON | Viewed Staff Response | |
| 10/17/24 10:45 | GOLDY THOMPSON | Viewed Staff Response | |
| 10/17/24 10:45 | GOLDY THOMPSON | Viewed Staff Response | |
| **10/16/24 19:19** | **GOLDY THOMPSON** | **Submitted New** | **Legal mail** |

# Grievance #495793411

**Profile Photo:**



**Audit Photo:**



### Inmate Info

**Name:** GOLDY THOMPSON (1977-03-28)
**Booking #:** A768288
**Nationality:**
**Submitted Date:** 10/16/24 23:02
**Submitted Room:** CCI,F,F2,269,T/UNIT-F2
**Submitted Facility:** ODRC Chillicothe CI
**Current Room:** CCI,D,D1,141,T/UNIT-D1
**Current Facility:** ODRC Chillicothe CI
**MAC ID:** C0:F5:35:6D:6D:9E
**Device ID:** C0F5356D6D9E

### Form Info

**Category:** Mail / Package
**Form:** Handling of legal mail

### Grievance Info

**Grievance ID #:** CCI000000005240
**Status:** CLOSED / Duplicate **by** Free C. !
**Original ID:** 495734661
**Facility Deadline:** 11/13/24 23:59
**Grievance Level:** Grievance
**Inmate can reply:** No
**Disposition @ ICR:**
**Disposition @ Grievance:** Denied - No violation of rule/policy/law
**! Appeal has been curtailed**

### Summary:

Legal mail

### Details:

**Please state the nature of your Informal Complaint Request (ICR). Be specific.:**
I received my mail today that clearly said legal mail stamp on it. However I'm still receiving improper legal mail that is violating my first an eight amendment right of the constitution. This is a serious matter that I will see through. On October 16/2024.

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 12/03/24 09:51 | GOLDY THOMPSON | Viewed Staff Response | |
| 12/02/24 19:09 | GOLDY THOMPSON | Viewed Staff Response | |
| 12/02/24 19:09 | GOLDY THOMPSON | Viewed Staff Response | |
| 12/02/24 19:09 | GOLDY THOMPSON | Viewed Staff Response | |
| 11/27/24 10:27 | GOLDY THOMPSON | Viewed Staff Response | |
| 11/27/24 10:13 | GOLDY THOMPSON | Viewed Staff Response | |
| 11/15/24 09:46 | GOLDY THOMPSON | Viewed Staff Response | |
| 11/04/24 14:45 | GOLDY THOMPSON | Viewed Staff Response | |
| 11/02/24 20:25 | GOLDY THOMPSON | Viewed Staff Response | |

1/13/2025, 11:05 AM

https://orproigedinmate.com/admin/grievances/documents/batch_prin...

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 11/01/24 15:19 | GOLDY THOMPSON | Viewed Staff Response | |
| 11/01/24 14:41 | GOLDY THOMPSON | Viewed Staff Response | |
| 11/01/24 14:41 | GOLDY THOMPSON | Viewed Staff Response | |
| 11/01/24 09:36 | GOLDY THOMPSON | Viewed Staff Response | |
| 10/30/24 09:52 | Free C. | Changed Status | From 'Open' to 'Closed / Duplicate' |
| 10/30/24 09:52 | Free C. | Unknown log | Added Level2 Name for Previous for Dispositions with value 'Grievance' |
| 10/30/24 09:52 | Free C. | Unknown log | Added Level2 for Previous for Dispositions with value 'Denied - No violation of rule/policy/law' |
| 10/30/24 09:52 | Free C. | Changed Disposition | Changed Disposition for level Grievance with value '' to 'Denied - No violation of rule/policy/law' |
| 10/30/24 09:52 | Free C. | Duplicate | Marked as duplicate of Grievance/Request #495734661 |
| **10/30/24 09:52** | **Free C.** | **Staff Response** | **Please wait for the response on your already filed appeal to the Chief Inspector's office and refrain from filing duplicate complaints.** |
| 10/30/24 08:20 | GOLDY THOMPSON | Viewed Staff Response | |
| **10/30/24 08:18** | **GOLDY THOMPSON** | **Escalated** | **THOMPSON, GOLDY has escalated the grievance on 10/30/2024 08:18 -05:00 Response: Inspector free hasn't give me reassure to the satisfaction that something so critical won't occur again. His statement that " there no violation of any rule, policy, or law " is incorrect. The A.C.R. 5120-9-17 state clearly that " NO LEGAL MAIL WILL BE OPEN WITHOUT THE PRESENCE OF SAID RECIPIENT the institutions mail room didn't follow this procedure. I have clear evidence that the documents in question were not handle in accordance to the policy. I showed inspector Free and he seems to think otherwise. Something need to be done to assure me this will not occur to me or any other follow inmate. Reason: Issue was unanswered/not addressed** |
| 10/30/24 08:18 | | Changed Status | From Closed to Open due to Appeal |
| 10/30/24 08:18 | | Changed Level | Level changed from ICR to Grievance due to Appeal |
| 10/30/24 07:55 | GOLDY THOMPSON | Viewed Staff Response | |
| 10/29/24 21:36 | GOLDY THOMPSON | Viewed Staff Response | |
| 10/29/24 19:54 | GOLDY THOMPSON | Viewed Staff Response | |
| **10/29/24 14:13** | **Cannon, D.** | **Staff Response** | **I have spoken with mailroom staff about this. If your legal mail did not obtain a control number then it would not be treated as legal mail. It would have been copied and delivered as normal. If this happens again please bring to mailroom supervisor and this issue can be handled directly.** |
| 10/29/24 14:13 | Cannon, D. | Changed Status | From 'Open' to 'Closed' |
| 10/29/24 13:42 | GOLDY THOMPSON | Viewed Staff Response | |
| 10/29/24 09:09 | GOLDY THOMPSON | Viewed Staff Response | |
| 10/29/24 08:58 | GOLDY THOMPSON | Viewed Staff Response | |
| 10/28/24 20:50 | GOLDY THOMPSON | Viewed Staff Response | |
| 10/28/24 20:20 | GOLDY THOMPSON | Viewed Staff Response | |
| 10/28/24 14:58 | GOLDY THOMPSON | Viewed Staff Response | |

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 10/25/24 17:44 | GOLDY THOMPSON | Viewed Staff Response | |
| 10/17/24 10:44 | GOLDY THOMPSON | Viewed Staff Response | |
| **10/16/24 23:02** | **GOLDY THOMPSON** | **Submitted New** | **Legal mail** |

# Grievance #498783841

**Profile Photo:**



**Audit Photo:**

**Inmate Info**

**Name:** GOLDY THOMPSON (1977-03-28)
**Booking #:** A768288
**Nationality:**
**Submitted Date:** 10/27/24 13:14
**Submitted Room:** CCI,F,F2,269,T/UNIT-F2
**Submitted Facility:** ODRC Chillicothe CI
**Current Room:** CCI,D,D1,141,T/UNIT-D1
**Current Facility:** ODRC Chillicothe CI
**MAC ID:** C0:F5:35:6D:6D:9E
**Device ID:** C0F5356D6D9E

**Form Info**

**Category:** Direct Grievance
**Form:** Direct Against the Inspector

**Grievance Info**

**Grievance ID #:** CCI000000005343
**Status:** CLOSED **by** Lambert C.
**Facility Deadline:** 11/26/24 23:59
**Grievance Level:** Direct Grievance
**Inmate can reply:** No
**Disposition @ Direct Grievance:** Denied

**Summary:**

Improper mail believed

**Details:**

**Please state the nature of your grievance against the Warden. Be specific.:**
I would like to be see about this issue here . I haven't received a response to my grievances that was sent out on October 16 . Thank you for your time

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 12/02/24 19:08 | GOLDY THOMPSON | Viewed Staff Response | |
| 11/04/24 14:48 | GOLDY THOMPSON | Viewed Staff Response | |
| 10/29/24 09:06 | GOLDY THOMPSON | Viewed Staff Response | |
| 10/29/24 08:55 | GOLDY THOMPSON | Viewed Staff Response | |
| 10/28/24 20:26 | GOLDY THOMPSON | Viewed Staff Response | |
| 10/28/24 18:03 | GOLDY THOMPSON | Viewed Staff Response | |
| 10/28/24 17:42 | GOLDY THOMPSON | Viewed Staff Response | |
| 10/28/24 13:15 | GOLDY THOMPSON | Viewed Staff Response | |
| 10/28/24 08:35 | Lambert C. | Changed Status | From 'Open' to 'Closed' |
| 10/28/24 08:34 | Lambert C. | Unknown log | Added Level1 Name for Previous for Dispositions with value 'Direct Grievance' |

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 10/28/24 08:34 | Lambert C. | Unknown log | Added Level1 for Previous for Dispositions with value 'Denied' |
| 10/28/24 08:34 | Lambert C. | Changed Disposition | Changed Disposition for level Direct Grievance with value '' to 'Denied' |
| **10/28/24 08:34** | **Lambert C.** | **Staff Response** | **It looks like you may have intended to send this as a Kite to the Inspector, but instead filed a Direct Grievance against the Inspector (which I will have to deny in accordance with administrative rule 5120-9-31, due to failing to establish the Inspector violated a law, rule or policy or condoned such action by others). You may send the Inspector or other appropriate staff a Kite from this ViaPath tablet by selecting the Kite option. Thank you.** |
| 10/27/24 13:40 | GOLDY THOMPSON | Viewed Staff Response | |
| **10/27/24 13:15** | **GOLDY THOMPSON** | **Submitted New** | **Improper mail believed** |

# Grievance #498802311

**Profile Photo:**



**Audit Photo:**

**Inmate Info**

**Name:** GOLDY THOMPSON (1977-03-28)
**Booking #:** A768288
**Nationality:**
**Submitted Date:** 10/27/24 14:27
**Submitted Room:** CCI,F,F2,269,T/UNIT-F2
**Submitted Facility:** ODRC Chillicothe CI
**Current Room:** CCI,D,D1,141,T/UNIT-D1
**Current Facility:** ODRC Chillicothe CI
**MAC ID:** C0:F5:35:6D:6D:9E
**Device ID:** C0F5356D6D9E

**Form Info**

**Category:** Direct Grievance
**Form:** Direct Against the Warden

**Grievance Info**

**Grievance ID #:** CCI000000005344
**Status:** CLOSED **by** Lambert C.
**Facility Deadline:** 11/26/24 23:59
**Grievance Level:** Direct Grievance
**Inmate can reply:** No
**Disposition @ Direct Grievance:** Denied

**Summary:**

Not responding

**Details:**

**Please state the nature of your grievance against the Warden. Be specific.:**
Im writing to you about improper legal mail I spoke to the deputy warden and he took picture of my legal mail an told me to give him to Wednesday to look into this matter. I haven't received a response to the grievances from October 16 that I sent. I'm looking for a response ,so I can move forward with this constitution issue.

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 12/03/24 09:51 | GOLDY THOMPSON | Viewed Staff Response | |
| 12/02/24 19:08 | GOLDY THOMPSON | Viewed Staff Response | |
| 10/29/24 09:06 | GOLDY THOMPSON | Viewed Staff Response | |
| 10/29/24 09:00 | GOLDY THOMPSON | Viewed Staff Response | |
| 10/29/24 08:56 | GOLDY THOMPSON | Viewed Staff Response | |
| 10/28/24 18:01 | GOLDY THOMPSON | Viewed Staff Response | |
| 10/28/24 17:43 | GOLDY THOMPSON | Viewed Staff Response | |
| 10/28/24 13:17 | GOLDY THOMPSON | Viewed Staff Response | |
| 10/28/24 08:32 | Lambert C. | Changed Status | From 'Open' to 'Closed' |
| 10/28/24 08:32 | Lambert C. | Unknown log | Added Level1 Name for Previous for Dispositions with value 'Direct Grievance' |

| DATE/TIME | USER | ACTION | DETAILS |
|-----------|------|--------|---------|
| 10/28/24 08:32 | Lambert C. | Unknown log | Added Level1 for Previous for Dispositions with value 'Denied' |
| 10/28/24 08:32 | Lambert C. | Changed Disposition | Changed Disposition for level Direct Grievance with value '' to 'Denied' |
| **10/28/24 08:32** | **Lambert C.** | **Staff Response** | **You intended to send this as a Kite to the Warden, but instead filed a Direct Grievance against the Warden (which I will have to deny in accordance with administrative rule 5120-9-31, due to failing to establish the Warden violated a law, rule or policy or condoned such action by others). The Warden is not authorized to accept or respond to Kites. You may send other appropriate staff – such as your unit management team - a Kite from this ViaPath tablet by selecting the Kite option. Thank you.** |
| **10/27/24 14:27** | **GOLDY THOMPSON** | **Submitted New** | **Not responding** |

# Grievance #503482141

**Profile Photo:**



**Audit Photo:**

### Inmate Info

**Name:** GOLDY THOMPSON (1977-03-28)
**Booking #:** A768288
**Nationality:**
**Submitted Date:** 11/12/24 08:34
**Submitted Room:** CCI,F,F2,269,T/UNIT-F2
**Submitted Facility:** ODRC Chillicothe CI
**Current Room:** CCI,D,D1,141,T/UNIT-D1
**Current Facility:** ODRC Chillicothe CI
**MAC ID:** C0:F5:35:6D:6D:9E
**Device ID:** C0F5356D6D9E

### Form Info

**Category:** Staff Accountability
**Form:** Failure to follow policies

### Grievance Info

**Grievance ID #:** CCI000000005504
**Status:** CLOSED **by** Lambert C.
**Facility Deadline:** 12/25/24 23:59
**Grievance Level:** Appeal
**Inmate can reply:** No
**Disposition @ ICR:**
**Disposition @ Grievance:** Granted - Problem corrected

**Summary:**

Intimidation, inappropriate and abusive language

**Details:**

**Please state the nature of your Informal Complaint Request (ICR). Be specific.:**
On the above date an time 11/12/24 at 3:30 Office Patrick woke me up and state that I am on the
woke up list. I state that I no longer work in the kitchen. He responded very disrespectfully by stating"
you is on the mufuckin list, get you ass up" I again tried to state I' m not on the list, he then stated " I
woke your mufuckin ass up so you on the list". C.O. Patrick did violate ODRC policy under the standard
of employees conduct 31-SEM-02 by making such inappropriate statement. He violated
7-12(B)-18-42-44-and -50 by making inappropriate statement. Would some one remind officer Patrick
this conduct is beneath him once he agreed to behave accordingly to said policy he sign upon his
employment with ODRC. E.O.R. ..I fear for retaliation

| DATE/TIME | USER | ACTION | DETAILS |
|-----------|------|--------|---------|
| 01/12/25 16:48 | GOLDY THOMPSON | Viewed Staff Response | |
| 01/12/25 16:43 | GOLDY THOMPSON | Viewed Staff Response | |
| 12/25/24 16:24 | GOLDY THOMPSON | Viewed Staff Response | |
| 12/25/24 16:24 | GOLDY THOMPSON | Viewed Staff Response | |
| 12/25/24 12:08 | GOLDY THOMPSON | Viewed Staff Response | |
| 12/18/24 23:58 | GOLDY THOMPSON | Viewed Staff Response | |
| 12/04/24 10:50 | GOLDY THOMPSON | Viewed Staff Response | |

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 12/02/24 18:54 | GOLDY THOMPSON | Viewed Staff Response | |
| 11/29/24 21:04 | GOLDY THOMPSON | Viewed Staff Response | |
| 11/27/24 11:33 | Lambert C. | Changed Status | From 'Open' to 'Closed' |
| 11/27/24 11:33 | Lambert C. | Unknown log | Added Level3 Name for Previous for Dispositions with value 'Appeal' |
| 11/27/24 11:33 | Lambert C. | Unknown log | Added Level3 for Previous for Dispositions with value 'Affirmed' |
| 11/27/24 11:33 | Lambert C. | Changed Disposition | Changed Disposition for level Appeal with value '' to 'Affirmed' |
| **11/27/24 11:33** | **Lambert C.** | **Staff Response** | **The Office of the Chief Inspector is in receipt of your Appeal to the Chief Inspector Office. A thorough review of your appeal has been completed which included the following factors: ● Procedural requirements met. ● Proper investigation of your grievance was conducted. ● Applicable policies, administrative rules, directives and ODRC operating manuals utilized. ● Information presented in your appeal. Based on the aforementioned review, the decision rendered by the Inspector is hereby: AFFIRMED** |
| 11/25/24 13:24 | GOLDY THOMPSON | Viewed Staff Response | |
| **11/25/24 12:08** | **GOLDY THOMPSON** | **Escalated** | **THOMPSON, GOLDY has escalated the grievance on 11/25/2024 12:08 -05:00 Response: On the above date 11/19/24 I Mr Thompson went to talk with inspector Free about in formal compliant that I wrote on C.O. Patrick. To come up with absolution to the compliant. Upon the interview inspector free made a sarcastic statement "what you want me to do fire him" as if it was non serious matter. I feel that inspector free didn't demonstrate a professional behavior to address this matter. He is in violation of standard of employees conduct rule 31-SEM-02-7-12(a)-18-27-42-44-50.I feel that inspector free should be reprimand for unprofessional behavior to address this matter. He is in violation of 31-SEM-02 rule standard of employees conduct rule. I fear for retaliation. Reason: Issue was unanswered/not addressed** |
| 11/25/24 12:08 | | Changed Status | From Closed to Open due to Appeal |
| 11/25/24 12:08 | | Changed Level | Level changed from Grievance to Appeal due to Appeal |
| 11/25/24 11:51 | GOLDY THOMPSON | Viewed Staff Response | |
| 11/25/24 11:35 | GOLDY THOMPSON | Viewed Staff Response | |
| 11/22/24 20:57 | GOLDY THOMPSON | Viewed Staff Response | |
| 11/21/24 18:21 | GOLDY THOMPSON | Viewed Staff Response | |
| 11/20/24 14:32 | GOLDY THOMPSON | Viewed Staff Response | |
| 11/19/24 18:44 | Free C. | Changed Status | From 'Open' to 'Closed' |
| **11/19/24 18:42** | **Free C.** | **Staff Response** | **The Office of Inspector Services is in receipt of your grievance, in which you state unprofessional conduct was conducted and that you fear retaliation. To investigate this matter, the following was conducted. 1. Interviewed yourself, Thompson A768288. 2. Followed up with officer Patrick. After conducting my interview with you, Patrick A768288 we discussed this issue at hand and other** |

| DATE/TIME | USER | ACTION | DETAILS |
|-----------|------|--------|---------|
| | | | **particular issues that could of caused this event. After hearing your side of the story. A follow up interview was conducted with officer Patrick. We discussed the issue as well as discussed 31-SEM-02. All issues have been addressed.** |
| 11/19/24 18:34 | Free C. | Changed Disposition | Changed the disposition value for level Grievance from to Granted - Problem corrected |
| **11/18/24 13:34** | **GOLDY THOMPSON** | **Escalated** | **THOMPSON, GOLDY has escalated the grievance on 11/18/2024 13:34 -05:00 Response: On the above date an time 11/12/24 at 3:30 office Patrick woke me up and state that I am on the woke up list . I stated that I no longer work in the kitchen. He responded very disrespectful by stating you is on the mufckin list get your ass up" I again tried to state " I'm not on the list ,he he then stated " I woke your mufuckin ass up so you on the list ." C.O Patrick did violate ODRC policy under the standard of employees conduct 31- SEM -02 by making such inappropriate statement. He violated 7-12(B)-18-42-44-and-50 by making inappropriate statement. C.O Patrick has a reputation of abusive language towards inmate's .I feel more than a verbal reprimand is require to prevent this behavior from reoccurring. I fear for retaliation. Reason: Issue was unanswered/not addressed** |
| 11/18/24 13:34 | | Changed Status | From Closed to Open due to Appeal |
| 11/18/24 13:34 | | Changed Level | Level changed from ICR to Grievance due to Appeal |
| 11/18/24 13:09 | GOLDY THOMPSON | Viewed Staff Response | |
| 11/18/24 12:49 | GOLDY THOMPSON | Viewed Staff Response | |
| **11/16/24 18:40** | **Currier, J.** | **Staff Response** | **I will address your issues with the officer and council him on proper behavior.** |
| 11/16/24 18:40 | Currier, J. | Changed Status | From 'Open' to 'Closed' |
| 11/12/24 08:35 | GOLDY THOMPSON | Viewed Staff Response | |
| **11/12/24 08:34** | **GOLDY THOMPSON** | **Submitted New** | **Intimidation, inappropriate and abusive language** |

# Grievance #505890801

**Profile Photo:**



**Audit Photo:**



### Inmate Info

**Name:** GOLDY THOMPSON (1977-03-28)
**Booking #:** A768288
**Nationality:**
**Submitted Date:** 11/19/24 18:09
**Submitted Room:** CCI,F,F2,269,T/UNIT-F2
**Submitted Facility:** ODRC Chillicothe CI
**Current Room:** CCI,D,D1,141,T/UNIT-D1
**Current Facility:** ODRC Chillicothe CI
**MAC ID:** C0:F5:35:6D:6D:9E
**Device ID:** C0F5356D6D9E

### Form Info

**Category:** Direct Grievance
**Form:** Direct Against the Inspector

### Grievance Info

**Grievance ID #:** CCI000000005569
**Status:** CLOSED **by** Lambert C.
**Facility Deadline:** 12/19/24 23:59
**Grievance Level:** Direct Grievance
**Inmate can reply:** No
**Disposition @ Direct Grievance:** Denied

**Summary:**

Unprofessional and inappropriate comments

**Details:**

**Please state the nature of your grievance against the Warden. Be specific.:**
On the above date 11/19/24 I Mr Thompson went to talk with inspector free about a informal compliant that I wrote on CO Patrick. To come up with a solution to the compliant. Upon the interview inspector free made a sarcastic statement "What you want me to do fire him" ,as if it was a non serious matter. I feel that inspector free didn't demonstrate a professional behavior to address this matter. He is in violation of 31-SEM -02 rule standard of employees conduct rule 7-12(a)-18-27-42-44-50-.I feel that inspector free should be reprimand for his unprofessional behavior to address this matter. He is in violation of 31-SEM -02 rule standard of employees conduct rule. I fear for retaliation.

| DATE/TIME | USER | ACTION | DETAILS |
|-----------|------|--------|---------|
| 12/02/24 19:08 | GOLDY THOMPSON | Viewed Staff Response | |
| 11/25/24 11:39 | GOLDY THOMPSON | Viewed Staff Response | |
| 11/25/24 11:35 | GOLDY THOMPSON | Viewed Staff Response | |
| 11/22/24 20:57 | GOLDY THOMPSON | Viewed Staff Response | |
| 11/21/24 18:21 | GOLDY THOMPSON | Viewed Staff Response | |
| 11/21/24 11:27 | Lambert C. | Changed Status | From 'Open' to 'Closed' |
| 11/21/24 11:26 | Lambert C. | Unknown log | Added Level1 Name for Previous for Dispositions with value 'Direct Grievance' |

1/13/2025, 11:05 AM

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 11/21/24 11:26 | Lambert C. | Unknown log | Added Level1 for Previous for Dispositions with value 'Denied' |
| 11/21/24 11:26 | Lambert C. | Changed Disposition | Changed Disposition for level Direct Grievance with value '' to 'Denied' |
| **11/21/24 11:26** | **Lambert C.** | **Staff Response** | **Upon review of your complaint about the Inspector's handling of your grievance and administrative rule 5120-9-31, I find the requirement to show the inspector of institutional services was personally and knowingly involved in a violation of law, rule or policy, or personally and knowingly approved or condoned such a violation has not been met. Your resolution is found within the rules governing the Inmate Grievance Procedure. If you are not satisfied with a grievance response or the manner in which the Inspector handled your grievance, you may escalate your grievance to an appeal with my office at OSC for further review and response in accordance with administrative rule 5120-9-31. My staff will direct the Inspector or facility to make amends with you if deemed appropriate; but you must escalate the concern first. Accordingly, pursuant to administrative rule 5120-9-31, this grievance is DENIED. This office will take no further action.** |
| **11/19/24 18:09** | **GOLDY THOMPSON** | **Submitted New** | **Unprofessional and inappropriate comments** |

# Grievance #505948561

**Profile Photo:**



**Audit Photo:**

**Inmate Info**

**Name:** GOLDY THOMPSON (1977-03-28)
**Booking #:** A768288
**Nationality:**
**Submitted Date:** 11/19/24 20:54
**Submitted Room:** CCI,F,F2,269,T/UNIT-F2
**Submitted Facility:** ODRC Chillicothe CI
**Current Room:** CCI,D,D1,141,T/UNIT-D1
**Current Facility:** ODRC Chillicothe CI
**MAC ID:** C0:F5:35:6D:6D:9E
**Device ID:** C0F5356D6D9E

**Form Info**

**Category:** Staff Accountability
**Form:** Failure to follow policies

**Grievance Info**

**Grievance ID #:** CCI000000005570
**Status:** CLOSED **by** Pettiford, D.
**Facility Deadline:** 11/26/24 23:59
**Grievance Level:** ICR
**Inmate can reply:** No

**Summary:**

Inappropriate behavior

**Details:**

**Please state the nature of your Informal Complaint Request (ICR). Be specific.:**
I Mr Thompson on 11/19/24 I walking in from the commissary the first shift officer asked what did I have in my shirt .I reply commissary. He stated I will be up there. He came and shook me down ,and "stated this is not a retaliation. I feel this was retaliation from a complaint on his fell officer C.O Patrick .Because the last pass 30 I observed first shift officer strabron confiscated the same contraband from serval inmates and showed favoritism by not writing a conduct report. He violated 31-SEM-02 standard of employees conduct rule 7-45-(a) . I feel he should be reprimand because he violated the standard of employees conduct rule. I fear for retaliation.

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 01/12/25 16:49 | GOLDY THOMPSON | Viewed Staff Response | |
| 01/12/25 16:44 | GOLDY THOMPSON | Viewed Staff Response | |
| 12/20/24 14:07 | GOLDY THOMPSON | Viewed Staff Response | |
| 12/02/24 19:11 | GOLDY THOMPSON | Viewed Staff Response | |
| 12/02/24 18:52 | GOLDY THOMPSON | Viewed Staff Response | |
| 11/27/24 10:13 | GOLDY THOMPSON | Viewed Staff Response | |
| **11/26/24 15:56** | **Pettiford, D.** | **Staff Response** | **You was called to the Captain's Office to discuss this grievance and you stated that prior to Sgt. Jensen hearing your conduct report you had filed this. When the conduct report was heard, Sgt. Jensen had determined you to be** |

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
|  |  |  | not guilty. You also mentioned that you had talked to UM Ms. Ivey about this concern and that it was discussed and taken care of. After this I then asked you if there was any other issues and you stated no. At which time I then said that you could return to your Unit. |
| 11/26/24 15:56 | Pettiford, D. | Changed Status | From 'Open' to 'Closed' |
| 11/25/24 08:51 | GOLDY THOMPSON | Viewed Staff Response |  |
| 11/22/24 21:00 | GOLDY THOMPSON | Viewed Staff Response |  |
| **11/19/24 20:54** | **GOLDY THOMPSON** | **Submitted New** | **Inappropriate behavior** |

# Grievance #507523181

**Profile Photo:**



**Audit Photo:**



### Inmate Info

**Name:** GOLDY THOMPSON (1977-03-28)
**Booking #:** A768288
**Nationality:**
**Submitted Date:** 11/25/24 11:34
**Submitted Room:** CCI,F,F2,269,T/UNIT-F2
**Submitted Facility:** ODRC Chillicothe CI
**Current Room:** CCI,D,D1,141,T/UNIT-D1
**Current Facility:** ODRC Chillicothe CI
**MAC ID:** C0:F5:35:6D:6D:9E
**Device ID:** C0F5356D6D9E

### Form Info

**Category:** Supervision
**Form:** Retaliation for filing grievance

### Grievance Info

**Grievance ID #:** CCI000000005644
**Status:** CLOSED **by** Morrow K.
**Facility Deadline:** 01/04/25 23:59
**Grievance Level:** Appeal
**Inmate can reply:** No
**Disposition @ Grievance:** Denied - insufficient evidence to support claim

### Summary:

Intimidation and retaliation

### Details:

**Please state the nature of your Informal Complaint Request (ICR). Be specific.:**
I Mr Thompson on 11/25/24 was woke up around 8:40 by M's Ivory ,and asked to come and see her in her office. I came and had a interview with M's Ivory. She ask me about the grievance I wrote on Mr strobune and then she asked question about if I'm from up North, or do I have family up North. I responded what do that have to do with this grievance I'm here for? She reply "I'm just trying to help you understand how this work down here". I feel she was violated the rule 31-SEM-02-7-12(B)-13-18-42-44-50 standard of employees conduct. Because were I'm from, or how much time I have here is not what the interview shouldn't have been about. I feel she should be reprimand on violating standard of employees conduct rules. I fear for retaliation.

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 01/12/25 16:50 | GOLDY THOMPSON | Viewed Staff Response | |
| 01/12/25 16:48 | GOLDY THOMPSON | Viewed Staff Response | |
| 01/12/25 16:46 | GOLDY THOMPSON | Viewed Staff Response | |
| 01/12/25 16:42 | GOLDY THOMPSON | Viewed Staff Response | |
| 01/01/25 15:16 | GOLDY THOMPSON | Viewed Staff Response | |
| 12/28/24 11:10 | GOLDY THOMPSON | Viewed Staff Response | |
| 12/25/24 16:23 | GOLDY THOMPSON | Viewed Staff Response | |

1/13/2025, 11:05 AM

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 12/25/24 13:16 | GOLDY THOMPSON | Viewed Staff Response | |
| 12/24/24 12:05 | GOLDY THOMPSON | Viewed Staff Response | |
| 12/23/24 10:38 | GOLDY THOMPSON | Viewed Staff Response | |
| 12/20/24 14:09 | GOLDY THOMPSON | Viewed Staff Response | |
| 12/18/24 23:53 | GOLDY THOMPSON | Viewed Staff Response | |
| 12/11/24 16:54 | GOLDY THOMPSON | Viewed Staff Response | |
| 12/11/24 16:50 | GOLDY THOMPSON | Viewed Staff Response | |
| 12/06/24 15:37 | Morrow K. | Changed Status | From 'Open' to 'Closed' |
| 12/06/24 15:37 | Morrow K. | Unknown log | Added Level2 Name for Previous for Dispositions with value 'Appeal' |
| 12/06/24 15:37 | Morrow K. | Unknown log | Added Level2 for Previous for Dispositions with value 'Affirm' |
| 12/06/24 15:37 | Morrow K. | Changed Disposition | Changed Disposition for level Appeal with value '' to 'Affirm' |
| **12/06/24 15:37** | **Morrow K.** | **Staff Response** | **The Office of the Chief Inspector is in receipt of your Appeal to the Chief Inspector. A thorough review of your appeal has been completed which included the following factors: ● Procedural requirements met. ● Proper investigation of your grievance was conducted. ● Applicable policies, administrative rules, directives and ODRC operating manuals utilized. ● Information presented in your appeal. ● Additional or refuting Information presented in your appeal. Based on the aforementioned review, the decision rendered by the Inspector is hereby AFFIRMED. The Inspector investigated your complaint which did not yield substantial evidence to indicate a violation of policy, rule, or law. The Unit Manager is the appropriate supervisor to communicate with an IP on a complaint related to a regular Unit CO. If there are continued concerns with the treatment of staff please submit additional ICR. No further action will be taken by this office in relation to this complaint. K. Morrow, Asst. Chief Inspector** |
| 12/05/24 19:49 | GOLDY THOMPSON | Escalated | THOMPSON, GOLDY has escalated the grievance on 12/05/2024 19:49 -05:00 Response: I Mr.Thompson on 11/25/24 was woke up by M's Ivey ,and asked to come and see her in her office. I came and had a interview with M's Ivey . she ask me about the grievance I wrote on Mr. Stronball and then she asked question about if I'm from up North, or do I have family up North. I responded what do that have to do with this grievance I'm here for? She reply "I'm just trying to help you understand how this work down here . I feel she was violated the rule 31-SEM-7-12(B)-13-18-42-44-50- standard of employees conduct. Because were I'm from or how much time I have here is not what the interview shouldn't have been about. I feel she should be reprimand on violating standard of employees conduct rule. I fear for retaliation. I believe Mr free ruling was bease on a bias culture here at CCI. M's Ivey comments is a derogatory statement that used commonly here among staff here in CCI. I fear for retaliation. Reason: Issue was unanswered/not addressed |

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 12/05/24 19:49 | | Changed Status | From Closed to Open due to Appeal |
| 12/05/24 19:49 | | Changed Level | Level changed from Grievance to Appeal due to Appeal |
| 12/05/24 19:21 | GOLDY THOMPSON | Viewed Staff Response | |
| 12/05/24 19:09 | GOLDY THOMPSON | Viewed Staff Response | |
| 12/05/24 18:51 | GOLDY THOMPSON | Viewed Staff Response | |
| 12/05/24 15:36 | GOLDY THOMPSON | Viewed Staff Response | |
| 12/05/24 09:13 | Free C. | Changed Status | From 'Open' to 'Closed' |
| 12/05/24 09:13 | Free C. | Unknown log | Added Level1 Name for Previous for Dispositions with value 'Grievance' |
| 12/05/24 09:13 | Free C. | Unknown log | Added Level1 for Previous for Dispositions with value 'Denied - insufficient evidence to support claim' |
| 12/05/24 09:13 | Free C. | Changed Disposition | Changed Disposition for level Grievance with value '' to 'Denied - insufficient evidence to support claim' |
| **12/05/24 09:13** | **Free C.** | **Staff Response** | **The office of the Inspector of Institutional Services is in receipt of your Notification of Grievance. You claim UM Ivey was unprofessional with you during your interactions. To investigate your grievance reference will be made to AR 5120-9-04 Appropriate Supervision. I also interviewed UM Ivey. AR 5120-9-04 states inappropriate supervision is any continuous method of annoying or needlessly harassing an inmate or group of inmates, including, but not limited to, abusive language, racial slurs, and the writing of inmate conduct reports strictly as a means of harassment. A single incident may, due to its severity or egregiousness, be considered inappropriate supervision for purposes of this rule. AR 5120-9-04 also states If after review the inspector of institutional services determines the complaint to constitute a possible violation of appropriate supervision the following procedure shall apply. I have reviewed and I do not believe this incident rises to the level to be considered for inappropriate supervision. I interviewed UM Ivey, and she stated she called for you to come to her office due to a complaint that you had on one of the regular officers. UM Ivey wanted to get your side of the situation. She interviewed you and asked what institution he was from. You replied that you were at NCCI. UM Ivey tried to explain that we are a southern institution, and we don't believe in targeting or retaliation and that we are here to help him succeed. UM Ivey did her best to try to gather information from you and find out what was causing the issues. UM stated at no time was she disrespectful or unprofessional during this interaction. I reviewed UM Ivey grievance history and there is no pattern of unprofessional conduct claims. There is insufficient evidence to support your claims. Your grievance has been denied. This office will take no further action concerning this matter.** |
| 12/05/24 09:12 | Free C. | Document added | Document DOC120524-12052024090911.pdf was added. Shared with Inmate: No |
| 12/04/24 10:52 | GOLDY THOMPSON | Viewed Staff Response | |
| 12/03/24 09:50 | GOLDY THOMPSON | Viewed Staff Response | |

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 11/29/24 21:05 | GOLDY THOMPSON | Viewed Staff Response | |
| 11/25/24 13:25 | GOLDY THOMPSON | Viewed Staff Response | |
| **11/25/24 11:34** | **GOLDY THOMPSON** | **Submitted New** | **Intimidation and retaliation** |

# Grievance #514737951

**Profile Photo:**



**Audit Photo:**



## Inmate Info

**Name:** GOLDY THOMPSON (1977-03-28)
**Booking #:** A768288
**Nationality:**
**Submitted Date:** 12/18/24 14:44
**Submitted Room:** CCI,F,F2,269,T/UNIT-F2
**Submitted Facility:** ODRC Chillicothe CI
**Current Room:** CCI,D,D1,141,T/UNIT-D1
**Current Facility:** ODRC Chillicothe CI
**MAC ID:** C0:F5:35:6D:6D:9E
**Device ID:** C0F5356D6D9E

## Form Info

**Category:** Staff Accountability
**Form:** Failure to follow policies

## Grievance Info

**Grievance ID #:** CCI000000005932
**Status:** CLOSED **by** Morrow K.
**Facility Deadline:** 01/26/25 23:59
**Grievance Level:** Appeal
**Inmate can reply:** No
**Disposition @ ICR:**
**Disposition @ Grievance:** Denied - insufficient evidence to support claim

## Summary:

Inappropriate statement and retaliation.

## Details:

**Please state the nature of your Informal Complaint Request (ICR). Be specific.:**
On 12/18/24 I Thompson went to speak with Mr. Inapier case manager about paper that Mr. Free stated he send to staff .He stated what can I do for you bub,and I stated that that it's a derogatory statement. He asked me what duze it mean it is a derogatory statement. The staff commonly use that term frequently when addressing inmate. I have addressed this issue with M's lvey ,who apologize after confirming that the term is a derogatory statement. I don't understand how so many professional staff member are so excepting to commonly using the derogatory term bub which stand for black ugly bitch . Will you correct your staff by acknowledging that this is a fact and stop using this derogatory term. I feel Mr inapier case manager violated standard of employees conduct rule 31-SEM -02 -7-12(B)-13-18-42-44-50 I feel he should be reprimand on violating standard of employees conduct rule I fear for retaliation.

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 01/12/25 16:47 | GOLDY THOMPSON | Viewed Staff Response | |
| 01/12/25 16:39 | GOLDY THOMPSON | Viewed Staff Response | |
| 01/09/25 09:58 | GOLDY THOMPSON | Viewed Staff Response | |
| 01/08/25 21:30 | GOLDY THOMPSON | Viewed Staff Response | |
| 01/08/25 21:30 | GOLDY THOMPSON | Viewed Staff Response | |

1/13/2025, 11:05 AM

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 01/06/25 13:51 | Morrow K. | Changed Status | From 'Open' to 'Closed' |
| **01/06/25 13:51** | **Morrow K.** | **Staff Response** | **No further action will be taken regarding the Supplemental Disposition of Grievance requested by this office as you have exhausted your appeal pursuant to administrative rule 5120-9-31. If you need any additional information, please contact the Inspector's office. K. Morrow, Asst. Chief Inspector** |
| **01/06/25 11:53** | **Free C.** | **Staff Response** | **A cursory review of this incident did shows a kite was issue asking you to report to unit staff office. The UMC will ask staff to have this conduct report removed from your record.** |
| 01/03/25 09:33 | Morrow K. | Unknown log | Added Level3 Name for Previous for Dispositions with value 'Appeal' |
| 01/03/25 09:33 | Morrow K. | Unknown log | Added Level3 for Previous for Dispositions with value 'Modified' |
| 01/03/25 09:33 | Morrow K. | Changed Disposition | Changed Disposition for level Appeal with value '' to 'Modified' |
| **01/03/25 09:33** | **Morrow K.** | **Staff Response** | **The Office of the Chief Inspector is in receipt of your Appeal to the Chief Inspector. A thorough review of your appeal has been completed which included the following factors: • Procedural requirements met. • Proper investigation of your grievance was conducted. • Applicable policies, administrative rules, directives and ODRC operating manuals utilized. • Information presented in your appeal. • Additional or refuting Information presented in your appeal. Based on the aforementioned review, the decision rendered by the Inspector is hereby MODIFIED with comments. The Inspector has been instructed to complete a review of your complaint and author a SUPPLEMENTAL DISPOSITION within the next 14 days. K. Morrow, Asst. Chief Inspector** |
| 01/03/25 09:28 | Morrow K. | Document added | Document Thompson A768288 Kite.pdf was added. Shared with Inmate: No |
| 12/31/24 14:40 | GOLDY THOMPSON | Viewed Staff Response | |
| 12/28/24 11:12 | GOLDY THOMPSON | Viewed Staff Response | |
| **12/27/24 18:43** | **GOLDY THOMPSON** | **Escalated** | **THOMPSON, GOLDY has escalated the grievance on 12/27/2024 18:43 -05:00 Response: Cruel and unusual punishment inappropriate statement and AR 5120-9-04 and 5120-9-07 retaliation. I showed proof that I didn't lie on inspector free about the kite he sent me stating( I will forward them to your unit staff) A kite sent to me on December 06 at 09.08 . I request copies of grievance of 5644 5554 and 5570. Why I'm in the hold for accusing Mr. Free of making the statement that he would send the copies to the unit staff. Here it is that Mr Napier stated I lie and disrespected him because I asked him not to address me with a derogatory term ,bud,bub,boy,nigger,coon,monkey and all the other derogatory term that degrade african american. This here is cruel and unusual punishment. Inspector Free did the investigation and didn't correct Mr Napier accusation about me lie on the inspector stated what he sent to me .I feel that UM CM and inspector free should be reprimand. They** |

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| | | | violated AR and standards of employee rule 31-SEM-02 -7-12-(a)(b)-13-18-42- 44-50 . I fear for further retaliation. Reason: Inadequate investigation |
| 12/27/24 18:43 | | Changed Status | From Closed to Open due to Appeal |
| 12/27/24 18:42 | | Changed Level | Level changed from Grievance to Appeal due to Appeal |
| 12/27/24 17:52 | GOLDY THOMPSON | Viewed Staff Response | |
| 12/27/24 06:37 | GOLDY THOMPSON | Viewed Staff Response | |
| 12/26/24 13:32 | Free C. | Changed Status | From 'Open' to 'Closed' |
| 12/26/24 13:32 | Free C. | Unknown log | Added Level2 Name for Previous for Dispositions with value 'Grievance' |
| 12/26/24 13:32 | Free C. | Unknown log | Added Level2 for Previous for Dispositions with value 'Denied - insufficient evidence to support claim' |
| 12/26/24 13:32 | Free C. | Changed Disposition | Changed Disposition for level Grievance with value '' to 'Denied - insufficient evidence to support claim' |
| **12/26/24 13:32** | **Free C.** | **Staff Response** | **To investigate your grievance reference will be made to AR5120-9-04 concerning inappropriate supervision. I interviewed UM Ivey and CM Napier. AR5120-9-04 states inappropriate supervision is any continuous method of annoying or needlessly harassing an inmate, including, without limitation, abusive language, racial slurs, and the writing of a disciplinary report (ticket) by a staff member against an inmate or groups of inmates for nonexistent reasons. The inspector of institutional services will determine if the complaint to constitute a possible violation of appropriate supervision. After reviewing this incident, I have decided this will be investigated as unprofessional conduct and not inappropriate supervision. You claim CM Napier was unprofessional by addressing you as "Bub" which you believe stands for "blacks ugly bitches". CM Napier does not deny telling you "Just a sec bud" but denied ever hearing it stood for what you claim. This office has never heard this expression either. CM Napier was advised to always speak professionally when addressing incarcerated adults. There is insufficient evidence to support your claim. Your grievance has been denied. This office will take no further action concerning this matter.** |
| 12/26/24 09:25 | GOLDY THOMPSON | Viewed Staff Response | |
| 12/25/24 16:25 | GOLDY THOMPSON | Viewed Staff Response | |
| **12/25/24 13:12** | **GOLDY THOMPSON** | **Escalated** | **THOMPSON, GOLDY has escalated the grievance on 12/25/2024 13:12 -05:00 Response: Inappropriate statement and retaliation cruel and unusual punishment.On December 06/24 at 09.08 this was Mr. Free response to me,he stated " I will forward to your unit staff". The copies I request for 5644 5554 and 5570. Now I'm being punished because Mr Napier stated I lie about what Mr Free stated to me . I stated to M's Ievy that I'm being retaliated against and stated that I'm using this word a lil to much. Now look were I'm at for being accused of lie and disrespecting to the case manager Mr. Napier. This is cruel and unusual punishment that I have to be in the hold when I have proof that** |

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| | | | I'm being retaliated against and punish for Mr. Napier, Mr. Free and M's Ievy conspiracy to cover of a lie and disrespect conduct report. I feel Mr. Napier Mr. Free and M's Ievy violated the A.R. and 31-SEM-02-7-12(a)-(b)-13-18-42-44-50-and should be reprimand on standard of employees conduct rule. I fear for further retaliation. Reason: Issue was unanswered/not addressed |
| 12/25/24 13:12 | | Changed Status | From Closed to Open due to Appeal |
| 12/25/24 13:12 | | Changed Level | Level changed from ICR to Grievance due to Appeal |
| 12/25/24 12:32 | GOLDY THOMPSON | Viewed Staff Response | |
| 12/25/24 11:48 | GOLDY THOMPSON | Viewed Staff Response | |
| **12/24/24 14:54** | **Ivey, A.** | **Staff Response** | **This has been addressed with unit staff.** |
| 12/24/24 14:54 | Ivey, A. | Changed Status | From 'Open' to 'Closed' |
| 12/24/24 12:06 | GOLDY THOMPSON | Viewed Staff Response | |
| 12/23/24 10:41 | GOLDY THOMPSON | Viewed Staff Response | |
| 12/18/24 16:32 | GOLDY THOMPSON | Viewed Staff Response | |
| **12/18/24 14:44** | **GOLDY THOMPSON** | **Submitted New** | **Inappropriate statement and retaliation.** |