UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

GOLDY THOMPSON,

      Plaintiff,

  v.

OHIO DEPARTMENT OF
REHABILITATION AND
CORRECTIONS, *et al.*,

      Defendants.

Case No. 2:25-cv-143
Chief Judge Sarah D. Morrison
Magistrate Judge Kimberly A. Jolson

## ORDER

Goldy Thompson, an inmate at Chillicothe Correctional Institution, filed this *pro se* action against eighteen defendants[1] for withholding his legal mail. (Compl., ECF No. 1-1.) This matter is before the Court on the Order and Report and Recommendation issued by the Magistrate Judge on April 29, 2025. (R&R, ECF No. 8.) After performing an initial screen of the Complaint pursuant to 28 U.S.C. § 1915(e)(2), the Magistrate Judge recommended that the Court dismiss in part Mr. Thompson's claims, allowing his First Amendment legal mail claim to go forward against Director Chambers-Smith, Warden Shoop, C/O Williams, Mr. Spaiol, Ms. Coon, and Mr. Gillion in their official capacity for prospective declaratory and injunctive relief, and against C/O Williams, Mr. Spaiol, Ms. Coon, and Mr. Gillion in

---

[1] The Ohio Department of Rehabilitation and Correction (ODRC); CCI; Annette Chambers-Smith, Director of ODRC; CCI Warden Shoop; Chief Inspector Morrow; Inspector Lambert; Inspector Free; Captain Ramirez; Lieutenant Cannon; J. Currior; Unit Manager Ivey; T. Napier; Mailroom processors Mr. Spaiol, Ms. Coon, and Mr. Gillion; and Corrections Officers Patrick, Williams, and Strausbaugh.

their individual capacity regarding their handling and processing of his legal mail. (R&R.) The time for filing objections has now passed and no objections were filed.

The Report and Recommendation is **ADOPTED** and **AFFIRMED**. Mr. Thompson's Complaint is **DISMISSED in part**:

- Mr. Thompson's First Amendment claim as to his access to the courts and denied grievances are **DISMISSED without prejudice**;

- Mr. Thompson's claims for harassment and retaliation are **SEVERED** and **DISMISSED without prejudice**;

- Mr. Thompson's claims against ODRC, CCI, Chief Inspector Morrow, Inspector Lambert, Inspector Free, Capt. Ramirez, Lt. Cannon, Currior, Ivey, Napier, C/O Patrick, and C/O Strausbaugh are **DISMISSED**; and

- Mr. Thompson's First Amendment legal mail claim against Director Chambers-Smith, Warden Shoop, Mr. Spaiol, Ms. Coon, and Mr. Gillion in their official capacities for prospective injunctive and declaratory relief, and against C/O Williams, Mr. Spaiol, Ms. Coon, and Mr. Gillion in their individual capacity will proceed. In all other respects, Mr. Thompson's First Amendment legal mail claim is **DISMISSED**.

**IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**