UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**GOLDY THOMPSON,**

    **Plaintiff,**

  v.

**OHIO DEPARTMENT OF REHABILITATION AND CORRECTIONS, *et al.*,**

    **Defendants.**

:

:

Case No. 2:25-cv-143
**Chief Judge Sarah D. Morrison**
**Magistrate Judge Kimberly A. Jolson**

## ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation construing Defendant Coon's Motion to Dismiss (Mot., ECF No. 29) as a Motion to Drop a Party under Fed. R. Civ. P. 21 and recommending that she be dismissed from this case (R&R, ECF No. 33). The time for filing objections has passed, and no objections have been filed. The Court thus **ADOPTS** and **AFFIRMS** the Report and Recommendation (ECF No. 33). Accordingly, Defendant Coon is **DISMISSED** from this case.

    **IT IS SO ORDERED.**

        /s/ Sarah D. Morrison
        **SARAH D. MORRISON, CHIEF JUDGE**
        **UNITED STATES DISTRICT COURT**